■ ESTHER LANDA, an Infant, by Her Guardian ad Litem, ESTHER WEISS, Appellant, v ROWLEY INTERSTATE TRANS. CO., INC., et al., Respondents, et al., Defendants. [627 NYS2d 577] —Appeal by the plaintiff from an order of the Supreme Court, Kings County (Kramer, J.), dated November 23, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Kramer at the Supreme Court. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.